UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERIE SUE DAVIDSON,<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON CORRECTIONS CENTER FOR WOMEN, et al,<br><br>    Defendant. | CASE NO. 3:19-CV-6134-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: September 28, 2020 |

  The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel.

  On January 8, 2020, Plaintiff filed the Complaint and paid the filing fee. Dkt. 7. Plaintiff overpaid the $400.00 filing fee by $105.00 for a total payment of $505.00. *See id.*; Dkt. entry dated January 8, 2020.[1] On January 21, 2020, the Court ordered Plaintiff to file an amended complaint on or before February 21, 2020. Dkt. 7. On January 27, 2020, Plaintiff filed a Motion

---

[1] Plaintiff previously filed several unsuccessful attempts to seek proceed *in forma pauperis.* Dkt. 1, 2, 3, 4, 5.

REPORT AND RECOMMENDATION - 1

1 | requesting her case be withdrawn and her $505.00 filing fee be refunded. Dkt. 8. The
2 | undersigned filed a Report and Recommendation which recommended Plaintiff's request for
3 | voluntary dismissal be granted. Dkt. 9.

4 | Plaintiff objected to the dismissal of her case based on a misunderstanding she could
5 | obtain a refund of her filing and therefore wanted to proceed with her case. Dkt. 10. On May 21,
6 | 2020, District Judge Benjamin H. Settle adopted in part and rejected in part as moot the
7 | undersigned's Report and Recommendation (Dkt.9). Dkt. 13. District Judge Settle ordered
8 | Plaintiff's case not be dismissed in light of the withdrawal of her request for voluntary dismissal.
9 | *Id.* Judge Settle ordered Plaintiff to file an amended complaint on before June 22, 2020. *Id.*
10 | Plaintiff's overpayment of the filing fee was refunded on June 2, 2020. *See* Dkt. 13, docket entry
11 | dated July 10, 2020. Plaintiff failed to file an amended complaint. *See* Dkt.

12 | On July 15, 2020, the undersigned provided Plaintiff with an additional opportunity to
13 | file an amended complaint on or before August 15, 2020. Dkt. 14. Plaintiff was advised failure to
14 | file an amended complaint or adequately respond to the Court's order would result in a
15 | recommendation the Complaint be dismissed, and the case be closed. *See id.*

16 | Plaintiff has failed to comply with the Court's Order. Plaintiff has not filed an amended
17 | complaint to correct the deficiencies contained within the Complaint. As Plaintiff has failed to
18 | respond to the Court's Order and prosecute this case, the Court recommends this case be
19 | dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on September 28, 2020 as noted in the caption.

Dated this 2nd day of September, 2020.

David W. Christel
United States Magistrate Judge