UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERIE SUE DAVIDSON,

        Plaintiff,

v.

WASHINGTON CORRECTIONS CENTER FOR WOMEN,

        Defendant.

CASE NO. 3:19-CV-06134-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 15. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Because Plaintiff has failed to respond to the Court's Order and prosecute this case, the case is **DISMISSED without prejudice**; and

ORDER - 1

1     (3)    The Clerk shall close this case.

2     Dated this 13th day of October, 2020.

                                             BENJAMIN H. SETTLE  
                                             United States District Judge

ORDER - 2